# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2010

137986 & (109)

SAULT STE. MARIE TRIBE OF CHIPPEWA
INDIANS,
        Plaintiff/Counter-Defendant/
        Appellee,

v

BERNARD BOUSCHOR,
        Defendant/Appellee,

and

DANIEL T. GREEN, DAVID E. SCOTT, JAMES
M. JANNETTA, and DANIEL J. WEAVER,
        Defendants/Counter-Plaintiffs/
        Appellants,

and

PAUL W. SHAGEN, JOSEPH M. PACZKOWSKI,
and JOLENE M. NERTOLI,
        Defendants/Counter-Plaintiffs,

and

MILLER, CANFIELD, PADDOCK & STONE,
P.L.C.,
        Defendant/Appellee.
_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137986
COA: 276712
Chippewa CC: 04-007606-CC

On order of the Court, the motion to file a supplemental brief is GRANTED. The application for leave to appeal the November 18, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2010

p0120

_____
Clerk